UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM WOMACK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>L ADAMS, KEVIN BOVENKAMP, B BRAID, CHRIS BOWMAN, STEPHEN FLEENOR, JOHN/JANE DOES, ROY GONZALEZ, LIZA ROHRER, STEVEN SINCLAIR, SUNDBERG, THURSTON COUNTY, THOMAS VICARI, WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　Defendants. | CASE NO. 3:15-CV-05249-RBL-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　Plaintiff's Motion to Withdraw the Motion to Voluntarily Dismiss the Complaint, Motion to Voluntarily Dismiss Claims against Western District Defendants, and Motion to Transfer the Case are GRANTED.

(3)　Plaintiff's Motion to Voluntarily Dismiss the Complaint (Dkt. 10) is WITHDRAWN.

(4) Defendants Thurston County and an unnamed employee of the Shelton Correction Center are DISMISSED without prejudice.

(5) All remaining claims and Defendants are transferred to the Eastern District of Washington.

(6) The Order granting Plaintiff's Motion to Proceed IFP is transferred with this case.

(7) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 16th day of September, 2015.

Ronald B. Leighton
United States District Judge

ORDER ON REPORT AND
RECOMMENDATION - 2